UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:12-MJ-1247-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Jason R. Houseweart** ) | |

On January 9, 2013, Jason R. Houseweart appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired (Level 4), 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on September 10, 2013, the court finds as a fact that Jason R. Houseweart, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to report for service of jail sentence as designated by the Bureau of Prisons.
2. Failure to participate as directed in a urinalysis program.
3. Criminal conduct.
4. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
5. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 120 days.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to the U.S. Marshals Service on Friday, September 13, 2013, at 9:00 a.m. as directed by the U.S. Marshal.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of September, 2013.

_____
William A. Webb
U.S. Magistrate Judge